# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 62 SSM 13
Park Avenue Associates in
Radiology, P.C.,
   Appellant,
  v.
Peter Joseph Nicholson,
   Respondent,
et al.,
   Defendants.

Submitted by Jeffrey A. Jaketic, for appellant.
Submitted by Justin A. Heller, for respondent.

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs (*see Columbia Mem. Hosp. v Hinds*, __ NY3d __ [decided today]). Chief Judge DiFiore and Judges Rivera, Garcia, Wilson, Singas, Cannataro and Troutman concur.

Decided May 19, 2022